## *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                    NO. 4:95CR00260-001    SWW

WILLIAM LEON HARRIS

**ORDER**

Before the Court is the government's petition requesting that a summons be issued and a revocation hearing be held [doc #53] as to the above-named defendant.

A hearing is scheduled on **TUESDAY, OCTOBER 4, 2011 AT 2:00 p.m.**, Courtroom #A522, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

IT IS SO ORDERED that the Clerk of Court is directed to issue a summons for **WILLIAM LEON HARRIS**, and the United States Marshal is directed to serve the summons in this matter upon defendant.

Based upon the information provided by the U. S. Probation Office, the Court has determined that the Federal Public Defender should be appointed and ***Omar Greene, Assistant Federal Public Defender, hereby, is appointed to represent defendant in all further proceedings herein***.  The Clerk shall send a copy of this Order and the petition to revoke to the appointed counsel for this defendant.

DATED this 1st day of September 2011.

                                    /s/Susan Webber Wright
                                    UNITED STATES DISTRICT JUDGE